IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HERITAGE HOME GROUP, LLC, *et al.*,[1] | ) | Case No. 18-11736 (BLS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  To be determined**
**Hearing Date:  To be heard with the Trustee's Final Report**

**FOURTH AND FINAL APPLICATION (NON-CONTINGENT)
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO
THE CHAPTER 7 TRUSTEE, FOR THE FINAL FEE PERIOD FROM
MARCH 15, 2019 THROUGH OCTOBER 31, 2023, INCLUDING THE FOURTH
INTERIM FEE PERIOD FROM JANUARY 1, 2021 THROUGH OCTOBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Chapter 7 Trustee |
| Date of Retention: | Effective *nunc pro tunc* to March 15, 2019, by order signed on or about April 22, 2019, and amended by order signed on or about November 20, 2019 |
| Period for which Compensation and Reimbursement is Sought: | March 15, 2019 through October 31, 2023[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $373,576.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 18,488.91 |

This is an:      ☐ monthly     ☒ interim     ☒ final application.

The total time expended for fee application preparation is approximately 4.0 hours

and the corresponding compensation requested is approximately $1,500.00.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 01/29/21 | 03/15/19 – 12/31/20 | $302,173.00 | $16,316.77 | $302,173.00 | $16,316.77 |
| 02/01/21 | 03/15/19 – 12/31/20 (Contingent) | $136,032.40 | $10,887.24 | $136,032.40 | $10,887.24 |
| 01/26/22 | 01/01/21 – 12/31/21 (Contingent) | $ 63,000.00 | $ 3,543.86 | $ 63,000.00 | $ 3,543.86 |

## PSZ&J PROFESSIONALS

(Fourth Interim Fee Period from January 1, 2021 through October 31, 2023)

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradford J. Sandler | Partner 2010; Member of PA & NJ Bars since 1996; Member of DE Bar since 2001; Member of NY Bar since 2008 | $1,445.00<br>$1,295.00 | 1.60<br>9.40 | $ 2,312.00<br>$12,173.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $ 925.00<br>$ 850.00 | 0.50<br>7.60 | $ 462.50<br>$ 6,460.00 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE and NH Bar since 2010 | $ 925.00<br>$ 845.00 | 3.00<br>40.70 | $ 2,775.00<br>$34,391.50 |
| Karina K. Yee | Paralegal | $ 545.00<br>$ 495.00<br>$ 460.00 | 0.90<br>2.70<br>0.40 | $ 490.50<br>$ 1,336.50<br>$ 184.00 |
| Elizabeth C. Thomas | Paralegal | $ 495.00<br>$ 460.00 | 3.60<br>14.60 | $ 1,782.00<br>$ 6,716.00 |
| Cheryl A Knotts | Paralegal | $ 425.00 | 2.00 | $ 850.00 |
| Andrea R. Paul | Case Management Assistant | $ 375.00 | 0.50 | $ 187.50 |
| Charles J. Bouzoukis | Case Management Assistant | $ 395.00<br>$ 375.00<br>$ 350.00 | 0.20<br>0.60<br>1.50 | $ 79.00<br>$ 225.00<br>$ 525.00 |
| Karen S. Neil | Case Management Assistant | $ 395.00<br>$ 375.00 | 0.20<br>0.80 | $ 79.00<br>$ 300.00 |
| Sheryle L. Pitman | Case Management Assistant | $ 375.00 | 0.20 | $ 75.00 |

Grand Total:    $71,403.50
Total Hours:        91.00
Blended Rate:    $784.65

**PSZ&J PROFESSIONALS**

(Final Fee Period from March 15, 2019 through October 31, 2023)

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John A. Morris | Partner 2008; Member of NY Bar since 1991 | $1,075.00 | 4.60 | $ 4,945.00 |
| Bradford J. Sandler | Partner 2010; Member of PA & NJ Bars since 1996; Member of DE Bar since 2001; Member of NY Bar since 2008 | $1,445.00 $1,295.00 $1,050.00 $ 975.00 | 1.60 9.40 3.60 5.70 | $ 2,312.00 $12,173.00 $ 3,780.00 $ 5,557.50 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $ 925.00 $ 850.00 | 0.50 7.60 | $ 462.50 $ 6,460.00 |
| Jason S. Pomerantz | Partner 2019; Member of CA Bar since 1991 | $ 850.00 $ 825.00 $ 412.50 | 2.40 21.40 2.00 | $ 2,040.00 $17,655.00 $ 825.00 |
| Colin R. Robinson | Of Counsel 2012; Member of NJ and PA Bars since 2001; Member of DE Bar since 2010 | $ 795.00 | 1.90 | $ 1,510.50 |
| Michael R. Seidl | Of Counsel 2016; Member of DE Bar since 1996; Member of Washington, D.C. Bar since 2000 | $ 795.00 | 0.10 | $ 79.50 |
| Gregory Vincent Demo | Of Counsel 2019; Member of NY Bar since 2015 | $ 795.00 | 10.20 | $ 8,109.00 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE and NH Bar since 2010 | $ 925.00 $ 845.00 $ 750.00 $ 695.00 | 3.00 40.70 89.80 218.40 | $ 2,775.00 $34,391.50 $ 67,350.00 $151,788.00 |
| Elizabeth C. Thomas | Paralegal 2016 | $ 495.00 $ 460.00 $ 425.00 $ 395.00 | 3.60 14.60 22.10 35.90 | $ 1,782.00 $ 6,716.00 $ 9,392.50 $14,180.50 |
| Karina K. Yee | Paralegal | $ 545.00 $ 495.00 $ 460.00 $ 395.00 | 0.90 2.70 0.40 3.90 | $ 490.50 $ 1,336.50 $ 184.00 $ 1,540.50 |
| Cheryl A Knotts | Paralegal | $ 425.00 | 2.00 | $ 850.00 |
| Andrea R. Paul | Case Management Assistant | $ 375.00 | 0.50 | $ 187.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Charles J. Bouzoukis | Case Management Assistant | $ 395.00 | 0.20 | $ 79.00 |
| | | $ 375.00 | 0.60 | $ 225.00 |
| | | $ 350.00 | 4.60 | $ 1,610.00 |
| | | $ 325.00 | 11.60 | $ 3,770.00 |
| Karen S. Neil | Case Management Assistant | $ 395.00 | 0.20 | $ 79.00 |
| | | $ 375.00 | 0.80 | $ 300.00 |
| | | $ 350.00 | 2.70 | $ 945.00 |
| | | $ 325.00 | 11.60 | $ 3,770.00 |
| Beatrice M. Koveleski | Case Management Assistant | $ 350.00 | 1.90 | $ 665.00 |
| | | $ 325.00 | 6.20 | $ 2,015.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $ 375.00 | 0.20 | $ 75.00 |
| | | $ 325.00 | 3.60 | $ 1,170.00 |

**Grand Total:**   $373,576.50
**Total Hours:**       553.70
**Blended Rate:**    $674.69


## COMPENSATION BY CATEGORY

(Fourth Interim Fee Period from January 1, 2021 through October 31, 2023)

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis/Recovery | 6.10 | $ 5,454.40 |
| Asset Disposition | 0.20 | $ 259.00 |
| Bankruptcy Litigation | 43.60 | $35,021.50 |
| Case Administration | 19.20 | $12,231.00 |
| Claims Admin/Objections | 3.60 | $ 4,392.00 |
| Compensation of Professional | 16.00 | $12,571.50 |
| Compensation of Prof./Others | 2.10 | $ 1,305.00 |
| Tax Issues | 0.20 | $ 169.00 |

**COMPENSATION BY CATEGORY**

(Final Fee Period from March 15, 2019 through October 31, 2023)

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis/Recovery | 45.20 | $ 35,504.40 |
| Asset Disposition | 34.80 | $ 25,482.50 |
| Bankruptcy Litigation | 261.70 | $184,988.00 |
| Case Administration | 89.30 | $ 41,248.50 |
| Claims Admin/Objections | 40.60 | $ 29,776.00 |
| Compensation of Professional | 17.00 | $ 13,321.50 |
| Compensation of Prof./Others | 10.20 | $  6,280.50 |
| Executory Contracts | 14.10 | $  9,589.50 |
| Financial Filings | 0.80 | $    496.00 |
| Financing | 4.70 | $  3,612.00 |
| Insurance Coverage | 4.80 | $  3,336.00 |
| Litigation (Non-Bankruptcy) | 0.50 | $    347.50 |
| Meeting of Creditors | 4.60 | $  3,197.00 |
| Operations | 0.80 | $    640.00 |
| Retention of Professional | 11.00 | $  7,375.00 |
| Retention of Prof./Other | 7.00 | $  4,325.00 |
| Stay Litigation | 4.00 | $  2,785.00 |
| Tax Issues | 0.60 | $    447.00 |
| Travel | 2.00 | $    825.00 |

**EXPENSE SUMMARY**

(Fourth Interim Fee Period from January 1, 2021 through October 31, 2023)

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| Delivery/Courier Service | Advita | $   22.50 |
| Express Mail | Federal Express | $  388.64 |
| Fax Transmittal | Outgoing only | $    6.50 |
| Court Research | Pacer | $   91.10 |
| Postage | US Mail | $  195.00 |
| Reproduction Expense | | $1,464.50 |
| Secretarial Overtime | Advita | $    3.90 |

---

[3] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

**EXPENSE SUMMARY**

(Final Fee Period from March 15, 2019 through October 31, 2023)

| Expense Category | Service Provider[4] (if applicable) | Total Expenses |
| --- | --- | --- |
| Air Fare | United Airlines | $  438.86 |
| Airport Parking | LAX | $    40.00 |
| Conference Call | AT&T Conference Call | $      3.58 |
| CourtLink | | $      2.90 |
| Delivery/Courier Service | Advita | $6,765.00 |
| Express Mail | Federal Express | $1,151.06 |
| Filing Fee | USBC | $    25.00 |
| Fax Transmittal | Outgoing only | $    50.00 |
| Hotel Expense | Lotte NY Palace | $  351.08 |
| Legal Research | Lexis/Nexis | $  176.93 |
| Court Research | Pacer | $1,086.50 |
| Postage | US Mail | $2,983.20 |
| Reproduction Expense | | $4,795.60 |
| Reproduction/ Scan Copy | | $  615.30 |
| Secretarial Overtime | Advita | $      3.90 |

---

[4] PSZ&J may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HERITAGE HOME GROUP, LLC, *et al.*,[1] | ) | Case No. 18-11736 (BLS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  To be determined**
**Hearing Date:  To be heard with the Trustee's Final Report**

**FOURTH AND FINAL APPLICATION (NON-CONTINGENT)
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO
THE CHAPTER 7 TRUSTEE, FOR THE FINAL FEE PERIOD FROM
MARCH 15, 2019 THROUGH OCTOBER 31, 2023, INCLUDING THE FOURTH
<u>INTERIM FEE PERIOD FROM JANUARY 1, 2021 THROUGH OCTOBER 31, 2023</u>**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively,

the "Bankruptcy Rules"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Counsel

for the Chapter 7 Trustee, hereby submits its Fourth and Final Application (Non-Contingent) for

Compensation and for Reimbursement of Expenses for the Period from March 15, 2019 through

October 31, 2023 (the "Application").

By this Application PSZ&J seeks a final allowance of compensation in the

amount of $373,576.50 and actual and necessary expenses in the amount of $18,488.91 for a

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

total allowance of $392,065.41, and payment of $238,145.75[2], for the period March 15, 2019

through October 23, 2023 (the "Final Fee Period").

This Application also includes a narrative description of the Firm's work for the

time period January 1, 2021 through October 31, 2023 ("Fourth Interim Fee Period").  The

Fourth Interim Fee Period is included in the Final Fee Period, and the fees in the amount of

$71,403.50 and costs in the amount of $2,172.14 for the Fourth Interim Fee Period are part of the

Firm's final request for payment and allowance of fees and costs in this case.   In support of this

Application, PSZ&J respectfully represents as follows:

## **Background**

1.      On July 29, 2018 (the "Petition Date"), each of the Debtors filed a

voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  The cases were converted

to Chapter 7 proceedings by order entered March 15, 2019.  Alfred T. Giuliano ("Chapter 7

Trustee") was appointed as the Chapter 7 Trustee in these cases.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      The retention of PSZ&J, as counsel to the Chapter 7 Trustee, was

approved *nunc pro tunc* to March 15, 2019 by this Court's "Order Granting Application of

Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a),

Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain

---

[2]  This amount equals the amount outstanding ($245,145.75) and includes a reduction of $7,000.00 due to the duplicate settlement AKZO Nobel Coatings, Inc. which was included in the 2nd and 3rd Quarterly Fee Applications ($38,000 recovery, and 25% recovery fee of $9,500.00).  In addition there was an additional settlement of Shelba D. Johnson Trucking Application ($10,000 recovery, and 25% recovery fee of $2,500.00) which is included in the 5th and Final Fee Application.  Thus, PSZJ was overpaid $9,500 minus the additional settlement of $2,500.

Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, *Nunc Pro Tunc* to March 15, 2019," signed on or about April 22, 2019 [docket 707] (the "Retention Order").  On or about November 4, 2019 the Firm filed an amended retention application [docket 838] seeking court approval to be employed to recover avoidance actions on a 25% contingency basis ("Preference Recovery Work").  The Court approved the amended application by order dated November 20, 2019 [dock. 846].  The Preference Recovery Work is not included in this application, and is the subject of a separate fee application.

## PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### **Interim Fee Applications Covered Herein**

4.      Prior to the filing of this Final Fee Application, an interim fee application for the time period March 15, 2019 through December 31, 2020 had been filed with the Court ("First Interim Fee Application") [3].  In addition, the Firm's time and expenses for the Fourth Interim Fee Period of January 1, 2021 through October 31, 2023 are discussed below and in the fee statement attached as Exhibit A.

5.      The First Interim Fee Application and the fee statement for the Fourth Interim Fee Period contain detailed daily time logs describing the actual and necessary services provided by PSZ&J during the Final Fee Period as well as other detailed information required to be included in fee applications.

---

[3] PSZ&J also filed Second and Third interim fee applications related to contingent fee recoveries.  The Second and Third interim fee applications are not part of this final fee application but will be the subject of a separate final fee application regarding contingent fee matters.

**Requested Relief**

6.      By this Final Fee Application, PSZ&J requests that the Court approve the final allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by PSZ&J from March 15, 2019 through October 23, 2023.  As stated above, the full scope of the services provided and the related expenses incurred are fully described in the First Interim Fee Application that has already been filed with the Court and in the attached fee statement for the Fourth Interim Fee Period.  To the extent that PSZ&J has incurred fees and expenses in addition to the foregoing, PSZ&J reserves the right, and respectfully requests that the Court authorize PSZ&J, to file a supplemental fee application(s) and submit a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any supplemental fee application.

7.      At all relevant times, PSZ&J has been a disinterested person as that term is defined in §101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Chapter 7 Trustee or the Debtors.

8.      All services for which PSZ&J requests compensation were performed for or on behalf of the Chapter 7 Trustee and not on behalf of the Debtors, or any committee, creditor or other person.

9.      PSZ&J has received no payment and no promises for payment from any source other than the Chapter 7 Trustee for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in this case.

**(Fourth Interim Fee Period--January 1, 2021 through October 31, 2023)**

**Fee Statements**

10.     The fee statements for the Fourth Interim Fee Period are attached hereto as Exhibit A.  These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Fourth Interim Fee Period.  To the best of PSZ&J's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, and the Bankruptcy Rules.  PSZ&J's time reports are initially generated by the attorney or paralegal performing the described services.  The time reports are organized on a daily basis.  PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular billing code, separate time entries are set forth in the time reports.  PSZ&J's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.  PSZ&J has reduced its charges related to any non-working "travel time" to fifty percent (50%) of PSZ&J's standard hourly rate.  To the extent it is feasible, PSZ&J professionals attempt to work during travel.

**Actual and Necessary Expenses**

11.     A summary of actual and necessary expenses incurred by PSZ&J for the Fourth Interim Fee Period is attached hereto as part of Exhibit A.  PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as this one, arising in Delaware. PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier.  PSZ&J summarizes each client's photocopying charges on a daily basis.

12.     PSZ&J charges $0.25 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Chapter 7 Trustee for the receipt of faxes in this case.

13.     With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research.  PSZ&J bills its clients the actual amounts charged by such services, with no premium.  Any volume discount received by PSZ&J is passed on to the client.

14.     PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, PSZ&J believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

15.     The names of the partners and associates of PSZ&J who have rendered professional services in this case during the Fourth Interim Fee Period, and the paralegals and case management assistants of PSZ&J who provided services to these attorneys during the Fourth Interim Fee Period, are set forth in the attached Exhibit A.

16.     PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Chapter 7 Trustee on a regular basis with respect to various matters in connection with the Debtor's bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.  PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

<u>**Summary of Services by Project**</u>

17.     The services rendered by PSZ&J during the Fourth Interim Fee Period can be grouped into the categories set forth below.  PSZ&J attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

**A.     Asset Analysis and Recovery**

18.     This category relates to asset analysis and recovery issues.  During the Fourth Interim Fee Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding Angelus Furniture and performed work regarding filing a proof of claim in the Angelus Furniture Chapter 7 case; (2) reviewed and analyzed KPS issues; (3) reviewed and

analyzed issues regarding the wind down of non-debtors; (4) reviewed and analyzed security interest issues; (5) reviewed and analyzed issues regarding the Glass Dimension settlement; and (6) corresponded regarding asset analysis and recovery issues.

Fees:  $5,454.40;      Hours:  6.10

### B.    Asset Disposition

19.    This category relates to the sale or other disposition of assets.  During the Fourth Interim Fee Period, the Firm, among other things, reviewed and analyzed issues regarding MC/Visa claims.

Fees:  $259.00;        Hours:  0.20

### C.    Bankruptcy Litigation

20.    This category relates to work regarding motions or adversary proceedings in the Bankruptcy Court.  During the Fourth Interim Fee Period, the Firm, among other things: (1) performed work regarding a stipulation relating to KPS; (2) performed work regarding the SVB settlement and a motion to approve settlement; (3) attended to scheduling issues; (4) performed work regarding Omnibus hearing orders; (5) performed work regarding the FBI Trust matter; (6) performed work regarding Hearing Binders and Agenda Notices; (7) prepared for and attended a mediation session on March 8, 2021 regarding franchisee adversaries issues; (8) performed work regarding a settlement agreement relating to franchisee adversaries and a motion to approve settlement; (9) performed work regarding a status report in the Angelus Furniture matter; (10) performed work regarding a motion to extend the removal period; (11) attended to time extension and settlement issues in the KPS matter; (12) performed work

regarding the FBI Trust settlement and a motion to approve settlement; (13) reviewed and analyzed settlement payment issues; (14) performed work regarding a motion to approve settlement in the KPS matter; (15) reviewed and analyzed issues regarding a claim withdrawal and dismissal relating to KPS; (16) reviewed and analyzed an order regarding document destruction issues; and (17) conferred and corresponded regarding bankruptcy litigation matters.

Fees:  $35,021.50;      Hours:  43.60

**D.     Case Administration**

21.     This category relates to work regarding administration of this case. During the Fourth Interim Fee Period, the Firm, among other things:  (1) maintained a memorandum of critical dates; (2) maintained document control; (3) maintained service lists; and (4) conferred regarding case administration issues.

Fees:  $12,231.00;      Hours:  19.20

**E.     Claims Administration and Objections**

22.     This category relates to work regarding claims administration and claims objections.  During the Fourth Interim Fee Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding the FBI Trust claim; (2) reviewed and analyzed issues regarding the GSA claim; (3) reviewed and analyzed bar date issues; (4) reviewed and analyzed issues regarding the KPS claim; (5) reviewed and analyzed issues regarding the Griffith claim; and (6) corresponded regarding claim issues.

Fees:  $4,392.00;      Hours:  3.60

**F.      PSZJ Compensation**

23.      This category relates to work regarding the compensation of the Firm. During the Fourth Interim Fee Period, the Firm, among other things, performed work regarding the Firm's First, Second and Third interim fee applications.

Fees:  $12,571.50;      Hours:  16.00

**G.      Compensation of Professionals--Others**

24.      This category relates to work regarding the compensation of professionals, other than the Firm.  During the Fourth Interim Fee Period, the Firm, among other things: (1) performed work regarding a notice of rate change relating to Giuliano Miller; (2) reviewed and analyzed issues regarding the FTI Fourth interim fee application; and (3) corresponded regarding compensation issues.

Fees:  $1,305.00;      Hours:  2.10

**H.      Tax Issues**

25.      This category relates to tax issues.  During the Fourth Interim Fee Period, the Firm, among other things, reviewed and analyzed issues regarding tax returns.

Fees:  $169.00;      Hours:  0.20

**Valuation of Services**

26.      Attorneys and paraprofessionals of PSZ&J expended a total 91.00 hours in connection with their representation of the Chapter 7 Trustee during the Fourth Interim Fee Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradford J. Sandler | Partner 2010; Member of PA & NJ Bars since 1996; Member of DE Bar since 2001; Member of NY Bar since 2008 | $1,445.00 $1,295.00 | 1.60 9.40 | $ 2,312.00 $12,173.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $ 925.00 $ 850.00 | 0.50 7.60 | $ 462.50 $ 6,460.00 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE and NH Bar since 2010 | $ 925.00 $ 845.00 | 3.00 40.70 | $ 2,775.00 $34,391.50 |
| Karina K. Yee | Paralegal | $ 545.00 $ 495.00 $ 460.00 | 0.90 2.70 0.40 | $ 490.50 $ 1,336.50 $ 184.00 |
| Elizabeth C. Thomas | Paralegal | $ 495.00 $ 460.00 | 3.60 14.60 | $ 1,782.00 $ 6,716.00 |
| Cheryl A Knotts | Paralegal | $ 425.00 | 2.00 | $ 850.00 |
| Andrea R. Paul | Case Management Assistant | $ 375.00 | 0.50 | $ 187.50 |
| Charles J. Bouzoukis | Case Management Assistant | $ 395.00 $ 375.00 $ 350.00 | 0.20 0.60 1.50 | $ 79.00 $ 225.00 $ 525.00 |
| Karen S. Neil | Case Management Assistant | $ 395.00 $ 375.00 | 0.20 0.80 | $ 79.00 $ 300.00 |
| Sheryle L. Pitman | Case Management Assistant | $ 375.00 | 0.20 | $ 75.00 |

**Grand Total:**     **$71,403.50**
**Total Hours:**     **91.00**
**Blended Rate:**     **$784.65**

27.     The nature of work performed by these persons is fully set forth in Exhibit A attached hereto. These are PSZ&J's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZ&J for the Chapter 7 Trustee during the Fourth Interim Fee Period is $71,403.40

28.    Attorneys and paraprofessionals of PSZ&J expended a total 553.70 hours

in connection with their representation of the Chapter 7 Trustee during the Final Fee Period, as

follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John A. Morris | Partner 2008; Member of NY Bar since 1991 | $1,075.00 | 4.60 | $ 4,945.00 |
| Bradford J. Sandler | Partner 2010; Member of PA & NJ Bars since 1996; Member of DE Bar since 2001; Member of NY Bar since 2008 | $1,445.00<br>$1,295.00<br>$1,050.00<br>$ 975.00 | 1.60<br>9.40<br>3.60<br>5.70 | $ 2,312.00<br>$12,173.00<br>$ 3,780.00<br>$ 5,557.50 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $ 925.00<br>$ 850.00 | 0.50<br>7.60 | $ 462.50<br>$ 6,460.00 |
| Jason S. Pomerantz | Partner 2019; Member of CA Bar since 1991 | $ 850.00<br>$ 825.00<br>$ 412.50 | 2.40<br>21.40<br>2.00 | $ 2,040.00<br>$17,655.00<br>$ 825.00 |
| Colin R. Robinson | Of Counsel 2012; Member of NJ and PA Bars since 2001; Member of DE Bar since 2010 | $ 795.00 | 1.90 | $ 1,510.50 |
| Michael R. Seidl | Of Counsel 2016; Member of DE Bar since 1996; Member of Washington, D.C. Bar since 2000 | $ 795.00 | 0.10 | $ 79.50 |
| Gregory Vincent Demo | Of Counsel 2019; Member of NY Bar since 2015 | $ 795.00 | 10.20 | $ 8,109.00 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE and NH Bar since 2010 | $ 925.00<br>$ 845.00<br>$ 750.00<br>$ 695.00 | 3.00<br>40.70<br>89.80<br>218.40 | $ 2,775.00<br>$34,391.50<br>$ 67,350.00<br>$151,788.00 |
| Elizabeth C. Thomas | Paralegal 2016 | $ 495.00<br>$ 460.00<br>$ 425.00<br>$ 395.00 | 3.60<br>14.60<br>22.10<br>35.90 | $ 1,782.00<br>$ 6,716.00<br>$ 9,392.50<br>$14,180.50 |
| Karina K. Yee | Paralegal | $ 545.00<br>$ 495.00<br>$ 460.00<br>$ 395.00 | 0.90<br>2.70<br>0.40<br>3.90 | $ 490.50<br>$ 1,336.50<br>$ 184.00<br>$ 1,540.50 |
| Cheryl A Knotts | Paralegal | $ 425.00 | 2.00 | $ 850.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrea R. Paul | Case Management Assistant | $  375.00 | 0.50 | $      187.50 |
| Charles J. Bouzoukis | Case Management Assistant | $  395.00 | 0.20 | $       79.00 |
| | | $  375.00 | 0.60 | $      225.00 |
| | | $  350.00 | 4.60 | $   1,610.00 |
| | | $  325.00 | 11.60 | $   3,770.00 |
| Karen S. Neil | Case Management Assistant | $  395.00 | 0.20 | $       79.00 |
| | | $  375.00 | 0.80 | $      300.00 |
| | | $  350.00 | 2.70 | $      945.00 |
| | | $  325.00 | 11.60 | $   3,770.00 |
| Beatrice M. Koveleski | Case Management Assistant | $  350.00 | 1.90 | $      665.00 |
| | | $  325.00 | 6.20 | $   2,015.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $  375.00 | 0.20 | $       75.00 |
| | | $  325.00 | 3.60 | $   1,170.00 |

**Grand Total:** $373,576.50
**Total Hours:** 553.70
**Blended Rate:** $674.69

29.     The nature of work performed by these persons is fully set forth in Exhibit A and the First Interim Fee Application attached hereto. These are PSZ&J's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZ&J for the Chapter 7 Trustee during the Final Fee Period is $373,576.50.

30.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the

requirements of Del. Bankr. LR 2016-2 and believes that this Application complies with such Rule.

WHEREFORE, PSZ&J respectfully requests that the Court enter an order, substantially in the form attached hereto, providing that, for the period of March 15, 2019 through October 31, 2023, a final allowance be made to PSZ&J in the sum of $373,576.50 as compensation for reasonable and necessary professional services rendered to the Chapter 7 Trustee and in the sum of $18,488.91 for reimbursement of actual and necessary costs and expenses incurred, for a total of $392,065.41; that the Chapter 7 Trustee be authorized and directed to pay to PSZ&J the outstanding amount of such sums; that to the extent PSZ&J has incurred fees and expenses in addition to the foregoing, PSZ&J may file a supplemental fee application(s) and submit a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any supplemental fee application; and for such other and further relief as this Court deems proper.

Dated: December 12, 2023       PACHULSKI STANG ZIEHL & JONES LLP

/s/ Peter J. Keane
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  bsandler@pszjlaw.com
              crobinson@pszjlaw.com
              pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

## CERTIFICATION

I, Peter J. Keane, hereby certify:

a)        I am an attorney with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b)        I am familiar with the work performed on behalf of the debtors and debtors in possession by the lawyers and paraprofessionals of PSZ&J.

c)        I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and submit that the Application substantially complies with such Rule.


*/s/ Peter J. Keane*
Peter J. Keane